J. BURNET NASH, Respondent, *v.* CAMILLE WEIDENFELD et al., Appellants.

*Nash* v. *Weidenfeld*, 41 App. Div. 511, affirmed.
(Argued March 8, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1899, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Treadwell Cleveland* for appellants.

*Henry H. Abbott* and *William C. Breed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

ROBERT D. GESWEIN, Respondent, *v.* CAMILLE WEIDENFELD et al., Appellants.

Judgment affirmed, with costs, on the stipulation in the case of *Nash* v. *Weidenfeld* (166 N. Y. 612).

---

LOUIS V. HUBBARD, Respondent, *v.* CAMILLE WEIDENFELD et al., Appellants.

Judgment affirmed, with costs, on the stipulation in the case of *Nash* v. *Weidenfeld* (166 N. Y. 612).